CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rev. Earnest Lee Hobley )
)
)
)
Plaintiff )
vs )    Civil Action No._____
)
Wachovia Corporation )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for ___Wachovia Corporation_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___Wachovia Corporation_____ which have

any outstanding securities in the hands of the public:

Wachovia Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Grady C. Frank_ (signature)

Signature

433469
_____
BAR IDENTIFICATION NO.

Grady C. Frank, Jr.
_____
Print Name

Troutman Sanders, LLP, 1660 International Drive, Suite 600
_____
Address

McLean, Virginia 22102
_____
City          State          Zip Code

703-734-4334
_____
Phone Number