UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REV. EARNEST LEE HOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01739(RCL) |
| ) | |
| WACHOVIA CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ENTRY OF APPEARANCE

Madam Clerk:

Pursuant to LCvR 83.6(a) please enter the appearance of Grady C. Frank, Jr. as lead counsel and Richard E. Hagerty as co-counsel for Defendant, Wachovia Corporation. Please send to our attention notice of all orders, notices and other filings in this case.

Respectfully submitted,

/s/ Richard E. Hagerty
Grady C. Frank, Jr., #433469
Richard E. Hagerty, #411858
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4334
(703) 734-4340 (fax)
richard.hagerty@troutmansanders.com
grady.frank@troutmansanders.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 2nd day of November, 2006, a true and accurate copy of the foregoing Entry of Appearance was delivered by first class mail, postage prepaid, to the following:

Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011

        /s/ Richard E. Hagerty
        Richard E. Hagerty

#307073