IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REV. EARNEST LEE HOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01739 (RCL) |
| ) | |
| WACHOVIA CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION FOR HEARING

Defendant Wachovia Corporation ("Wachovia" or the "Bank"), by counsel hereby request leave for a hearing on Defendant's Motion to Dismiss filed on October 11, 2006. Parties have filed responses thereto.

WACHOVIA CORPORATION


By: /s/ Grady C. Frank, Jr.


Grady C. Frank, Jr., D.C. Bar No. 433469
Richard E. Hagerty, D.C. Bar No. 411858
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
*Counsel for Wachovia Bank, N.A.*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 27th day of December, 2006, a true and accurate copy of the foregoing Defendant's Motion for Hearing was served by first-class mail, postage prepaid, to:

    Rev. Earnest Lee Hobley
    413 Longfellow Street, N.W.
    Washington, D.C. 20011

                                                    /s/ Grady C. Frank, Jr.

313288

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REV. EARNEST LEE HOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01739 (RCL) |
| ) | |
| WACHOVIA CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This matter is before the Court on Defendant's Motion for Hearing. The Court having read and considered the Motion, it is

ORDERED on this ____ day of _____, 2007, Defendant's Motion for Hearing is GRANTED; and it is further ORDERED that Defendant's Motion to Dismiss will be heard on the ____ day of _____, 2007, before this honorable Court.

_____
U. S. District Court Judge Royce C. Lamberth