UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REV. EARNEST LEE HOBLEY** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WACHOVIA CORPORATION,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 06-1739 (RCL) |

### ORDER

For the reasons in the Memorandum Opinion accompanying this Order, it is hereby

ORDERED that plaintiff's motion for leave to file an amended pleading [9] is GRANTED; it is further

ORDERED that defendant's motion to dismiss [3] is GRANTED, and that plaintiff's case is therefore DISMISSED WITH PREJUDICE; and it is further

ORDERED that defendant's motion for a hearing [10] is DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 2, 2007.