UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Rev. Earnest Lee Hobley_
Plaintiff

vs.

Civil Action No. _06-1739 (RCL)_

_Wachovia Corporation_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _30_ day of _August_, 20_07_, that _Plaintiff Rev. Earnest Hobley_ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _1_ day of _August_, 20_07_ in favor of _Wachovia Corporation_ against said _Rev. Earnest Lee Hobley_

_Rev. Earnest Lee Hobley_
_Rev. Earnest Lee Hobley_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Attorney Grady C. Frank, Jr
1660 International Drive
Suite 600
McLean, Virginia 22102

RECEIVED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT