IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REV. EARNEST LEE HOBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01739 (RCL) |
| | ) | |
| WACHOVIA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's motion [13] for reconsideration is hereby DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 5, 2007.